IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESTATE OF JAY HEIDBREDER, Relator,
UNITED STATES OF AMERICA,
STATE OF CALIFORNIA and
STATE OF MINNESOTA,

                                                      ORDER

                Plaintiffs,

                                                     08-cv-578-bbc

   v.

SUPERVALU, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs have filed a notice of settlement (dkt. #171). They may have 30 days in which to complete the settlement. If settlement has not been accomplished by that time, the parties are to report on the status of the matter at a telephone conference on December 12, 2012, at 8:30 a.m. Plaintiffs' counsel are to initiate the conference call to chambers at (608) 264-5447. If, before December 12, 2012, plaintiffs' counsel have advised the court that it may enter its standard order of dismissal or have filed a statement confirming settlement,

the status conference will be canceled.

Entered this 8th day of November, 2012.

            BY THE COURT:
            /s/
            BARBARA B. CRABB
            District Judge